01

02

03

04

05

06

07

08                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
09                                  AT SEATTLE

10   MONICA A. MURPHY,                    )    Case No. 06-1355-JPD
                                          )
11        Plaintiff,                      )
                                          )
12        v.                              )
                                          )    MINUTE ORDER
13   JO ANNE B. BARNHART, Commissioner    )
     of Social Security,                  )
14                                        )
          Defendant.                      )
15   _____

16        The following minute order is made at the direction of the Court, the Honorable James

17   P. Donohue, United States Magistrate Judge.  On September 20, 2006, plaintiff filed an

18   application to proceed *in forma pauperis* ("IFP") in her civil action against Jo Anne B.

19   Barnhart, Commissioner of the Social Security Administration.  Dkt. No. 1.  However, the

20   following deficiency has been noted:

21        (1)    A "Written Consent for Payment of Costs" is missing.  The filing of such a form

22   is required by Local Rule CR3(b)(2).   The plaintiff is hereby ordered to complete and return

23   the amended IFP application to the Clerk's office **no later than October 23, 2006**.

24   Otherwise, the action may be subject to dismissal.  Forms are available in the Clerk's office and

25   online at http://www.wawd.uscourts.gov/ReferenceMaterials/Forms.htm.

26        (2)    The Clerk is directed to send copies of this Order to the plaintiff.

01  DATED this 22nd day of September, 2006.

02

03                          Bruce Rifkin
                            Clerk of the Court
04

05                          /s/  Peter H. Voelker
06                          PETER H. VOELKER
                            Deputy Clerk
07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26