01
02
03
04
05
06
07 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
08 AT SEATTLE

09 MONICA A. MURPHY,                      )   Case No. 06-1355-JPD
                                          )
10          Plaintiff,                    )
                                          )
11     v.                                 )
                                          )   SHOW CAUSE ORDER
12 MICHAEL J. ASTRUE, Commissioner,       )
Social Security Administration,           )
13                                        )
            Defendant.                    )
14 _____)

15      The plaintiff, Monica A. Murphy, is proceeding *pro se* and *in forma pauperis* in this

16 matter against the Commissioner of the Social Security Administration.  The Court, construing

17 plaintiff's initial filing (Dkt. No. 1, attachment 1) as a complaint and appeal from a final

18 administrative decision under 42 U.S.C. § 405(g), directed plaintiff to serve copies of the

19 complaint properly along with appropriate summonses as required by Rule 4 of the Federal

20 Rules of Civil Procedure.  Dkt. No. 3.

21      Plaintiff failed to do so, and in the interim, has not otherwise asked this Court to direct

22 service for her.  The Court therefore ORDERS:

23      (1)     Plaintiff shall serve on the defendant copies of the complaint, along with

24 appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff

25 must do so **no later than Tuesday, May 29, 2007**.  To assist plaintiff in this process, the

26 Court directs the Clerk of Court to attached with this Order a copy of Fed. R. Civ. P. 4 and the

pertinent addresses for the defendant in this case.  The Clerk of Court is further directed to once again mail plaintiff summons(es) issued in blank for service.

(2) In the alternative, should plaintiff fail to do so, the Court ORDERS that plaintiff SHOW CAUSE why this case should not be dismissed.  Plaintiff shall file her show cause response with the Court **no later than Wednesday, May 30, 2007**.

(3) Plaintiff is advised that if she neither effects proper service nor responds to the Court's order to show cause, her case will likely be dismissed.

(4) The Clerk is directed to send a copy of this order to the parties.

DATED this 27th day of April, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge