01
02
03
04
05
06
07

08           UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
09                     AT SEATTLE

10 | MONICA A. MURPHY,                ) Case No. 06-1355-RSM-JPD
                                      )
11 |         Plaintiff,                )
                                      )
12 |     v.                            )
                                      ) ORDER OF DISMISSAL
13 | MICHAEL J. ASTRUE, Commissioner,  )
   | Social Security Administration,   )
14 |                                   )
   |         Defendant.                )
15 |_____)

16   The plaintiff, Monica A. Murphy, is proceeding *pro se* and *in forma pauperis* in this

17 matter against the Commissioner of the Social Security Administration. The Court, construing

18 plaintiff's initial filing (Dkt. No. 1, attachment 1) as a complaint and appeal from a final

19 administrative decision under 42 U.S.C. § 405(g), directed plaintiff to serve copies of the

20 complaint properly along with appropriate summonses as required by Rule 4 of the Federal

21 Rules of Civil Procedure. Dkt. No. 3. Plaintiff failed to do so. The Court therefore ordered

22 that Plaintiff either (1) serve on the defendant copies of the complaint, along with appropriate

23 summonses, as required by Rule 4 of the Federal Rules of Civil Procedure by a date certain;[1] or

24 (2) in the alternative, show cause why her case should not be dismissed. Dkt. No. 7. Plaintiff

25 _____

26   [1] To assist plaintiff in this process, the Court sent with its Order a copy of Fed. R. Civ. P. 4 and the pertinent addresses for the defendant in this case, as well as another copy of summons(es) issued in blank for service.

01 was further advised that if she neither effected proper service nor responded to the Court's
02 order to show cause, her case would likely be dismissed.
03     To date, plaintiff has not effectuated service on the defendants; nor has she shown
04 cause to this Court why her case should not be dismissed. Accordingly, the Court ORDERS
05 as follows:
06     (1) This case is DISMISSED without prejudice.
07     (2) The Clerk of Court is directed to send copies of this Order to plaintiff, counsel
08 for the defendant, and to the Honorable Judge James P. Donohue, United States Magistrate
09 Judge.
10     DATED this 21st day of June, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

19 Recommended for entry this
20 14th day of June, 2007.

21 /s/ JAMES P. DONOHUE
22 United States Magistrate Judge